895 A.2d 449

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TOMMY L. LEACH, DEFENDANT–PETITIONER.

March 30, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for reconsideration in light of *State v. Bellamy,* 178 *N.J.* 127, 835 *A.2d* 1231

(2003), *State v. Luckey,* 366 *N.J.Super.* 79, 840 *A.*2d 862 (App.Div. 2004), and *State v. Johnson,* 182 *N.J.* 232, 864 *A.*2d 400 (2005).

Jurisdiction is not retained.